*Griswold, Assistant Attorney General Walters, Harris Weinstein, Louis M. Kauder,* and *Robert I. Waxman* for the United States. *Joseph J. Lyman* for respondents.

No. 1144. BREEN *v.* SELECTIVE SERVICE LOCAL BOARD No. 16, BRIDGEPORT, CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari granted. *Emanuel Margolis, Lawrence P. Weisman,* and *Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Ralph A. Fine* for respondents.

No. 1176. GUTKNECHT *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted and case set for oral argument immediately following No. 1144, *supra. Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1127. TECHNITROL, INC. *v.* MCMANUS, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. *Laurence B. Dodds* for petitioner. *Morris Relson* for Collins Radio Co., defendant below, in opposition.

No. 1134. WILLIAMS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Phillip L. Charles* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Walters* for respondent.

No. 1153. CIAFFONI ET AL. *v.* BRUNSWICK CORP. ET AL. Sup. Ct. Pa. Certiorari denied. *Milton D. Rosenberg* for petitioners. *John G. Buchanan, Jr.,* for respondents.